IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY HIETMAN, ) | | |
| ID # 27948-077, ) | | |
|     Movant, ) | No. 3:17-CV-1962-G (BH) | |
| vs. ) | No. 3:95-CR-0160-G (04) | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
|     Respondent. ) | Referred to U.S. Magistrate Judge | |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Under 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court are the movant's request to proceed *in forma pauperis* on appeal, received on September 11, 2017 (doc. 7), and a copy of his inmate statement, received on December 8, 2017 (doc. 10).[1]

The movant did not file a signed certificate of his inmate trust account as required. Additionally, his inmate statement reflects that he had $ 13,908.45 in his inmate trust account as of December 4, 2017. The movant has not shown that he is a pauper, and his motion to proceed *in forma pauperis* should be denied.

**SO RECOMMENDED this 13th day of December, 2017.**

                                              IRMA CARRILLO RAMIREZ
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The motion to proceed *in forma pauperis* on appeal did not include a certificate of inmate trust account for the sixth-month period preceding the filing of his notice of appeal, as required by 28 U.S.C. § 1915(a)(2). Accordingly, on November 6, 2017, he was ordered to file a properly signed certificate of inmate trust account. (*See* doc. 9.) He was warned that if he did not comply, denial of the motion would be recommended. (*See id.*)