UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY HIETMAN, ID # 27948-077, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:17-CV-1962-G (BH) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:95-CR-160(04)-G |
| Respondent. | ) | |

## ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Considering the record in this case and the recommendation of the magistrate judge, the court hereby finds and orders:

( )    The request for leave to proceed *in forma pauperis* on appeal is granted.

(**X**)    The application for leave to proceed *in forma pauperis* on appeal is **DENIED** because the petitioner failed to present a certificate of inmate trust account and he has not shown that he is a pauper.

      (**X**)    Although this court has denied leave to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court

of Appeals for the Fifth Circuit, within thirty days after service of the notice required by FED. R. APP. P. 24(a)(4). *See* FED. R. APP. P. 24(a)(5).

**SO ORDERED**.

December 15, 2017.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**